United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANDRZEJ W., | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00158 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al*., | § | |
|    "Respondents." | § | |

## ORDER

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Habeas Petition Subject to Refiling" (Dkt. No. 21) ("R&R").

Since no objections were filed to the R&R, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 21) is hereby **ADOPTED**. Accordingly, the "Petition for Writ of Habeas Corpus (28 U.S.C. § 2241)" (Dkt. No. 1) is **DISMISSED** for lack of jurisdiction without prejudice to refiling and the "Motion to Expedite" (Dkt. No. 2) is **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

   SIGNED this May 28, 2026

 

_____
Rolando Olvera
United States District Judge

1 / 1